THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d) (2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Tracy L.
 Dowell, Appellant.
 
 
 
 
 

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2010-UP-005
 Submitted January 4, 2010  Filed January
21, 2010    

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III,
 South Carolina Commission, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, ,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Donald J. Zelenka , Office of the Attorney General, of Columbia, John
 Gregory Hembree, 15th Circuit Solicitor's Office, of Conway, for Respondent.
 
 
 

PER CURIAM: In
 September, 2007, Tracy L. Dowell was sentenced to thirty years for murder. 
 Dowell's counsel attached to the brief a petition to be relieved as counsel,
 stating that he had reviewed the record and concluded that this appeal lacks
 merit.  Dowell filed a pro se brief.
After a thorough
 review of the record, the pro se brief, and counsel's brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's
 petition to be relieved.
APPEAL
 DISMISSED
HUFF, A.C.J., GEATHERS,
 J., and CURETON, A.J., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.